IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH SMITH**                                                                                                  **PLAINTIFF**

VS.                                          **4:23-CV-01031-BRW-JTK**

**ACKER-WYNNE, et al.**                                                                             **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 6) submitted by United States Magistrate Judge Jerome T. Kearney.   No objections have been filed.   After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

Plaintiff's claims against Defendants Higgins and Cole are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

Defendants Higgins and Cole are TERMINATED as parties to this action.

IT IS SO ORDERED this 27th day of November, 2023.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE