# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOSEPH SMITH**                                                               **PLAINTIFF**

**VS.**                        **4:23-CV-01031-BRW-JTK**

**SERENITY ACKER-WYNN, et al.**                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Defendant Acker-Wynn's Motion for Summary Judgment on the issue of exhaustion (Doc. No. 13) is GRANTED;

2. Plaintiff's claims against Defendant Acker-Wynn are DISMISSED without prejudice for failure to exhaust administrative remedies;

3. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice;

4. I certify that an <u>in forma pauperis</u> appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 15th day of March, 2024.

                                                                   <u>Billy Roy Wilson</u>
                                                                   UNITED STATES DISTRICT JUDGE